NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005617
14-MAY-2014
08:28 AM

NO. CAAP-13-0005617

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

ROGER WILLIAM NELSON, Plaintiff-Appellant,
v.
ISOLDE U. NELSON, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 12-1-0531)

ORDER DENYING MAY 8, 2014 HRAP RULE 40
MOTION FOR RECONSIDERATION OF MAY 8, 2014 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon review of (1) the May 8, 2014 order dismissing appellate court case number CAAP-13-0005617 for lack of appellate jurisdiction, (2) Plaintiff-Appellant Roger William Nelson's (Appellant Roger Nelson) May 8, 2014 motion to reconsider the May 8, 2014 dismissal order pursuant to Rule 40 of the Hawaii Rules of Appellate Procedure (HRAP), and (3) the record,

IT IS HEREBY ORDERED that Appellant Roger Nelson's May 8, 2014 HRAP Rule 40 motion for reconsideration of the May 8, 2014 dismissal order is denied.[1]

DATED: Honolulu, Hawai'i, May 14, 2014.

Chief Judge

Associate Judge

Associate Judge

---

[1] This court's order is without prejudice to any relief that may be sought by way of a petition to the Supreme Court of Hawai'i for a writ of mandamus and/or prohibition.